05-18-01530-CV

FILED
12/20/2018 4:19 PM
JOHN F. WARREN
COUNTY CLERK
DALLAS COUNTY

No. PR-14-02697-1

| | | |
|---|---|---|
| IN THE ESTATE OF | § | IN THE PROBATE COURT |
| | § | 5th COURT OF APPEALS |
| ROBERTO REFUGIO DE JESUS | § | DALLAS, TEXAS |
| GONZALEZ BARRERA | § | 12/21/2018 11:53:18 AM OF |
| | § | LISA MATZ |
| | § | Clerk |
| DECEASED | § | DALLAS COUNTY, TEXAS |

## NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

Patricia Lorena Gomez de Gonzalez ("Lorena") appeals from the "Order Dismissing Applicant Patricia Lorena Gomez de Gonzalez" issued by the Court under the above numbered and styled cause on December 3, 2018. Lorena appeals this order to the Fifth Court of Appeals, Dallas, Texas.

Respectfully submitted,

*Ford + Bergner LLP*

DON D. FORD III
901 Main Street, 33rd Floor
Dallas, Texas 75202
Ph: (214) 389-0887
Fx: (214) 389-0888
dford@fordbergner.com
TBA# 24002101
KENNETH A. KROHN
kkrohn@fordbergner.com
TBA# 24032646
STEPHEN P. CROWDER
scrowder@fordbergner.com
TBA #24082504
Attorneys for Appellant,
Patricia Lorena Gomez de Gonzalez

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing was served on all counsel of record in this cause pursuant to the Texas Rules of Civil Procedure on December 20, 2018.

Elizabeth Zaby                                    VIA ELECTRONIC SERVICE
Zaby & Assocaites
zabyfirm@gmail.com
6166 N. Central Expy., Suite 450
Dallas, Texas 75206

Jason Davis                                       VIA ELECTRONIC SERVICE
Davis & Santos, P.C.
jdavis@dslawpc.com
The Weston Centre
112 E. Pecan Street, Suite 900
San Antonio, Texas 78205

Jay Hartnett                                      VIA ELECTRONIC SERVICE
The Hartnett Law Firm
jay@hartnettlawfirm.com
2920 N. Pearl Street
Dallas, Texas 75201

Raymond E. LaDriere, II                           VIA ELECTRONIC SERVICE
Locke Lord, LLP
rladriere@lockelord.com
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201

Brad Beers                                        VIA ELECTRONIC SERVICE
Beers Law Firm
bbeers@beerslaw.net
5020 Montrose Blvd., Suite 700
Houston, Texas 77006


_____
KENNETH A. KROHN

2